# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00314-CV

**Eureka Holdings Acquisitions, L.P., Appellant**

**v.**

**Marshall Apartments, LLC, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-16-005630, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On June 6, 2022, appellant Eureka Holdings Acquisitions, L.P., filed a motion to abate this appeal pending the outcome of other causes before this Court. Appellee Marshall Apartments, L.L.C., timely responded by reserving its rights with respect to certain disputed facts presented in the motion; Marshall Apartments nevertheless agreed that abatement is proper. We therefore grant the motion and abate this cause. *See* Tex. R. App. P. 42.1. Appellant should update this Court as to the status of this appeal within thirty days of the Court's disposition of cause No. 3-22-00313-CV. Failure to do so may result in dismissal of this appeal.

Before Chief Justice Byrne, Justices Triana and Smith

Abated

Filed: August 12, 2022